# ELECTRONIC RECORD

COA # 03-13-00585-CR          OFFENSE: 0.06

STYLE: Trent Kendall Stanley v. The State of Texas          COUNTY: Hays

COA DISPOSITION: AFFIRMED          TRIAL COURT: County Court at Law No. 1

DATE: 8/14/15          Publish: NO          TC CASE #: 094017

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Trent Kendall Stanley v. The State of Texas          CCA #: 174-16

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 05/04/2016          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**